UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| XIUHUA LIN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-278-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| JASON WOOSLEY, | ) | **ORDER REMANDING HEARING** |
| In his official capacity as Warden of | ) | |
| Grayson County Jail, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing, [R. 9]. In their motion, the parties advise that the hearing can be cancelled as "[t]he parties are not aware of any relevant factual disputes." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand/Cancel Hearing, [**R. 9**], is **GRANTED**.

2. The **Hearing** scheduled for Tuesday, April 28, 2026, is **REMANDED** from the Court's docket.

3. As previously ordered, [R. 6], Petitioner **SHALL** file a reply **by no later than Monday, April 27, 2026**.

This the 24th day of April, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record